BART M. DAVIS, IDAHO STATE BAR NO. 2696
United States Attorney
CHRISTINE G. ENGLAND, CALIFORNIA STATE BAR NO. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, ID 83712-7788
Tel:  (208) 334-1211
Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
BARCLAY T. SAMFORD, NM State Bar No. 12323
LUTHER L. HAJEK
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel:  (303) 844-1376 (Hajek)
        (303) 844-1475 (Samford)
E-mail: luke.hajek@usdoj.gov
          clay.samford@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TUGAW RANCHES, LLC, | Case No. 4:18-cv-00159-DCN |
| Plaintiff, | |
| HON. BRAD LITTLE, *et al.* | **JOINT MOTION FOR TEMPORARY STAY OF LITIGATION** |
| Proposed Plaintiffs-Intervenors | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.,* | |
| Defendants. | |

The parties jointly move the Court to stay this litigation until the Forest Service issues new Greater Sage Grouse Plan Amendments, and submits those amendments with its 2015 Amendments to Congress, or until September 30, 2019, whichever occurs first.

In support of this motion the parties state as follows:

1.      Plaintiff, Tugaw Ranches, and Plaintiff-Intervenors, Governor Brad Little, Speaker of the Idaho House of Representatives, Scott Bedke, and President Pro Tempore of the Idaho Senate, Brent Hill, challenge the actions of the Defendants, the Bureau of Land Management ("BLM") and the Forest Service, in issuing Land Use Plan Amendments relating to the Greater Sage-Grouse in 2015 ("2015 Plan Amendments").

2.      Plaintiff filed a complaint on April 11, 2018 alleging the agencies violated the Congressional Review Act ("CRA") by not submitted the 2015 Plan Amendments to Congress. On September 25, 2018, Plaintiff-Intervenors were granted intervention and filed a complaint bringing the same claim under the CRA.

3.      On June 7, 2017, the Secretary of the Interior issued Secretary's Order 3353, directing the Department of Interior to review the 2015 Plan Amendments and, *inter alia*, recommend "provisions that may require modification or rescission." https://www.doi.gov/sites/doi.gov/files/uploads/so_3353.pdf.  On October 11, 2017, the Department announced the beginning of a public planning process to consider amendments to the 2015 Plan Amendments. *See* 82 Fed. Reg. 47,248 (Oct. 11, 2017).  On March 15, 2019, the BLM completed that process, issuing Records of Decisions ("RODs") and Resource Management Plan Amendments for Greater Sage-Grouse Conservation for Oregon, Colorado, Idaho, Utah, Nevada/Northeastern California, and Wyoming ("2019 Plan Amendments").  The 2019 Plan Amendments modify the BLM's underlying land use plans, including some of the

allocations, objectives, and management decisions made through the 2015 Plan Amendments. On March 18, the BLM submitted the 2019 Plan Amendment RODs and the 2015 Plan Amendment RODs to Congress.

4.      The Forest Service is in the process of revising its 2015 Amendments.  In November 2017, the Forest Service initiated a public planning process to consider amendments or revisions to its 2015 Plan Amendments.  The Forest Service issued Draft Plan Amendments and draft EISs for public comment on October 5, 2018.  The Forest Service anticipates issuing draft RODs not later than the end of May, followed by a 60 day objection period.  After the objection period, the final Plan Amendment RODs will be signed as early as July or as late as September 2019, depending on the number and complexity of objections received.  Once final RODs are issued, the Forest Service will submit its 2019 Plan Amendment RODs and its 2015 Plan Amendment RODs to Congress.  *See* Declaration of Nora B. Rasure, Regional Forester for the Forest Service Intermountain Region (attached as Exhibit 1).

5.      The parties agree that the actions taken by the BLM and anticipated to be taken by the Forest Service could obviate the need for additional litigation in this case.

6.      Thus, to conserve litigant and judicial resources, the parties request that the Court stay this case until the Forest Service issues its final RODs and new Plan Amendments, and submits its 2019 Plan Amendment RODs and its 2015 Plan Amendment RODs to Congress, or until September 30, 2019, whichever occurs first.

7.      Courts have broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency.  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248,

254 (1936), *quoted in Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *see also Am. Petroleum Inst. v. EPA*, 683 F.3d 382, 388 (D.C. Cir. 2012) (premature and unnecessary judicial review "would hardly be sound stewardship of judicial resources").

8.      The parties note that pending issuance of the Forest Service's new Sage Grouse Plan Amendments, Tugaw Ranches' grazing permit number 1384 on the Rock Creek and Coal Pit allotments in the Sawtooth National Forest will not be modified for purposes of implementing the standards or guidelines in the 2015 Plan Amendments.  On December 28, 2017, the Forest Service modified the ROD for the 2015 Plan Amendments to provide that grazing permits on affected allotments would be modified "as soon as practicable" and clarified that it would not be practicable to modify permits until the process of revisiting the 2015 Plan Amendments is completed.  *See Grazing Permits and Greater Sage-grouse Timeframe Change* at https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd565108.pdf.  The Forest Service also noted that after revision of the Plan Amendments, modification of grazing permits might not be necessary.  *Id.* at 2.

9.      The parties agree that nothing herein precludes the Forest Service from modifying Tugaw Ranches' grazing permits for reasons unrelated to implementation of the 2015 Plan Amendments.  Nor is the Forest Service precluded from making annual adjustments to grazing pursuant to the permits as needed to protect resource conditions.  The parties agree that nothing herein precludes Tugaw Ranches from administratively or judicially challenging any modifications or annual adjustments to its grazing permits.

10.     Upon expiration of the requested stay, the Parties will submit a status report advising the Court of whether a continued stay is warranted or if litigation deadlines should be reinstated, and proposing a revised litigation schedule.

Respectfully submitted this 8th day of April, 2019,

BART M. DAVIS
United States Attorney
CHRISTINE ENGLAND
Assistant United States Attorney
U.S. Attorney's Office, District of Idaho

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division

*/s/Barclay T. Samford*
BARCLAY T. SAMFORD
LUTHER L. HAJEK
U.S. Department of Justice
Environment and Natural Resources Division

Attorneys for Defendants


EDWARD DINDINGER
Dindinger & Kohler, PLLC
JONATHAN WOOD
TODD F. GAZIANO
JEFFREY W. McCOY
CALEB R. TROTTER
KAYCEE M. ROYER
Pacific Legal Foundation

*s/ Jonathan Wood*
JONATHAN WOOD

Attorneys for Plaintiff Tugaw Ranches, LLC


OFFICE OF GOVERNOR BRAD LITTLE

*/s/ Samuel J. Eaton*
Samuel J. Eaton

Counsel for Plaintiff-Intervenor Hon. Brad Little

HOLLAND & HART LLP

*/s/ William G. Myers III*
William G. Myers III
Counsel for Plaintiffs-Intervenors Hon. Scott Bedke and
Hon. Brent Hill