BART M. DAVIS, IDAHO STATE BAR NO. 2696
United States Attorney
CHRISTINE G. ENGLAND, CALIFORNIA STATE BAR NO. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, ID 83712-7788
Tel:   (208) 334-1211
Email: Christine.England@usdoj.gov

PRERAK SHAH
Deputy Assistant Attorney General
Environment and Natural Resources Division
BARCLAY T. SAMFORD, NM State Bar No. 12323
LUTHER L. HAJEK
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel:   (303) 844-1376 (Hajek)
        (303) 844-1475 (Samford)
E-mail: luke.hajek@usdoj.gov
         clay.samford@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TUGAW RANCHES, LLC, <br><br> Plaintiff, <br><br> HON. BRAD LITTLE, *et al*. <br><br> Plaintiffs-Intervenors <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.,* <br><br> Defendants. | Case No. 4:18-cv-00159-DCN <br><br> **STIPULATION OF DISMISSAL** |

As set forth below the parties to this case stipulate to dismissal of this case under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

1. The Plaintiff, Tugaw Ranches, and Plaintiff-Intervenors, Governor Brad Little, Speaker of the Idaho House of Representatives, Scott Bedke, and President Pro Tempore of the Idaho Senate, Brent Hill, allege the Defendants, the Bureau of Land Management ("BLM") and the Forest Service violated the Congressional Review Act ("CRA") by issuing Land Use Plan Amendments relating to the Greater Sage-Grouse in 2015 without submitting the Records of Decisions (RODs) for the amendments to Congress ("2015 Plan Amendments").

2. On March 15, 2019, BLM submitted the 2015 Plan Amendment RODs to Congress.

3. On February 3, 2020, the Forest Service submitted its 2015 Plan Amendment RODs to Congress.

4. The parties agree that the agencies' submission of their 2015 Plan Amendment RODs to Congress obviates the need for additional litigation on the merits.

Thus the parties hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the voluntary dismissal of this case. This dismissal does not require any action by the Court. *See* Fed. R. Civ. P. Rule 41(a)(1)(A).

Respectfully submitted this 7th day of February, 2020,

    BART M. DAVIS
    United States Attorney
    CHRISTINE ENGLAND
    Assistant United States Attorney
    U.S. Attorney's Office, District of Idaho

    PRERAK SHAH
    Acting Deputy Assistant Attorney General
    Environment and Natural Resources Division

*/s/Barclay T. Samford*
BARCLAY T. SAMFORD
LUTHER L. HAJEK
U.S. Department of Justice
Environment and Natural Resources Division

Attorneys for Defendants


EDWARD DINDINGER
Dindinger & Kohler, PLLC
JONATHAN WOOD
TODD F. GAZIANO
JEFFREY W. McCOY
CALEB R. TROTTER
Pacific Legal Foundation

*/s/ Jonathan Wood*
JONATHAN WOOD

Attorneys for Plaintiff Tugaw Ranches, LLC


OFFICE OF GOVERNOR BRAD LITTLE

*/s/ Samuel J. Eaton*
Samuel J. Eaton
Counsel for Plaintiff-Intervenor Hon. Brad Little

HOLLAND & HART LLP

*/s/William G. Myers III*
William G. Myers III
Counsel for Plaintiffs-Intervenors Hon. Scott Bedke and Hon. Brent Hill

3